

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CLINTON BRINSON,** ) | | |
| Petitioner, ) | | Civil Action No. 7:07cv00103 |
| ) | | |
| v. ) | | **FINAL ORDER** |
| ) | | |
| **TERRY O'BRIEN, WARDEN** ) | | By: Samuel G. Wilson |
| Respondent. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. Brinson's motion to proceed in forma pauperis [Docket #2] and motion for free transcripts [Docket #3] are **DENIED** as **MOOT**. This action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 16th day of March, 2007.

_____
United States District Judge