IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| | | |
|---|---|---|
| CLINTON BRINSON, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07cv00103 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, WARDEN | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. Brinson's motion to proceed in forma pauperis [Docket #2] and motion for free transcripts [Docket #3] are **DENIED** as **MOOT**. This action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 16th day of March, 2007.

                                                                          United States District Judge